**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Baila Wercberger, individually and on behalf of all others similarly situated,
  Plaintiff,

v.             CASE NO.: 1:21-cv-2677

KIRSCHENBAUM & PHILLIPS, P.C.,
CACH, LLC,

  Defendant.

_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

  IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendants that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 24, 2021           Respectfully Submitted,

                 /s/Tamir Saland
                 Tamir Saland, Esq.
                 **Stein Saks, PLLC**
                 285 Passaic Street
                 Hackensack, NJ 07601
                 Tsaland@steinsakslegal.com
                 Tel. 201-282-6500
                 Fax 201-282-6501
                 *Attorneys for Plaintiff*

**Certificate of Service**

    I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

|  |  |
|---|---|
| This 24th day of May, 2021 | Respectfully Submitted, |
|  | */s/ Tamir Saland* <br> Tamir Saland |

## SO ORDERED.

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2021

    Brooklyn, New York